# United States District Court

### WESTERN DISTRICT OF WASHINGTON

ALEKSANDR STRELCHIK, *et al.,*

JUDGMENT IN A CIVIL CASE

v.

LUXURY AUTO SALES, LLC, *et al.*

CASE NUMBER: C11-1957RSL

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in Plaintiffs' favor against Defendants Luxury Auto Sales, LLC and Yevgeniy Savinksiy in the amount of $1.2 million.

_____May 24, 2012_____        _____
                                                        William M. McCool
                                                                Clerk

                                                /s/Mary Duett_____
                                                By, Deputy Clerk